# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| G.S., *a minor, by and through his parents and Next Friends, Tim Seidel and Hayley Seidel*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CH ALLIED SERVICES, INC. d/b/a BOONE HOSPITAL CENTER, | ) CASE NO. 2:23-CV-04155-MDH ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| BECTON, DICKINSON & COMPANY, | ) ) |
| Third-Party Defendant. | ) ) |

## DEFENDANT BECTON, DICKINSON AND COMPANY'S JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38 and Western District of Missouri Local Rule 38.1, Defendant Becton, Dickinson and Company hereby demands a trial on all issues by a panel of twelve competent and impartial jurors.

Dated: August 17, 2023                                    Respectfully submitted,

/s/ Jonathan T. Barton
Jonathan T. Barton
Missouri Bar No. 47260
**STANTON BARTON LLC**
8000 Maryland Avenue
Suite 450
Saint Louis, Missouri 63105
Telephone:  (314) 455-6502
Facsimile:   (314) 455-6524
jbarton@stantonbarton.com

Sabrina R. Gallo
*Pro Hac Vice Application Forthcoming*
Enjoliqué A. Lett
*Pro Hac Vice Application Forthcoming*
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0533
Facsimile:   (305) 579-0717
sabrina.gallo@gtlaw.com
enjolique.lett@gtlaw.com

Allison Ng
*Pro Hac Vice Application Forthcoming*
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
Telephone:  (678) 553-2129
Facsimile:   (678) 553-2108
nga@gtlaw.com

*Counsel for Defendant Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by using the CM/ECF system on this 17th day of August 2023 on all counsel of record or parties of record on the Service List below.

/s/ *Jonathan T. Barton*
Jonathan T. Barton

## SERVICE LIST

Kenneth W. Bean
Russell L. Makepeace
Sean M. Harmon
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
Telephone: (314)231-3332
Facsimile: (314) 241-7604
kbean@sandbergphoenix.com
rmakepeace@sandbergphoenix.com
sharmon@sandbergphoenix.com

*Counsel for Third-Party Plaintiff CH Allied Services, Inc. d/b/a Boone Hospital Center's Attorneys*